IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD L. COX, United States
Bankruptcy Trustee                                    PLAINTIFF/APPELLEE

v.                        CASE NO. 06-CV-2015

BARBARA GRIFFIN                                       DEFENDANT/APPELLANT

## JUDGMENT

For the reasons set forth in an order filed herewith, the decision of the Bankruptcy Court for the Western District of Arkansas is AFFIRMED and the appeal is DISMISSED.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 14th day of April 2006.

/s/Robert T. Dawson
Robert T. Dawson
United States District Judge